IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRYSTAL RAINEY, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                     No. 4:18-cv-267-DPM

MEDPARTNERS, INC.                                          DEFENDANT

## ORDER

Notice, № 4, noted and appreciated. Corporations can't be *pro se*. 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). MedPartners, Inc. must therefore get a lawyer as soon as practicable, and she or he must appear in this case by 31 August 2018. Counsel must, by that date, also move to cure the corporate *pro se* filings. If MedPartners does not take these steps through a lawyer by August 31st, then the Court will strike the corporation's responding papers, and MedPartners will have conceded Rainey's factual allegations on liability by default.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2018