# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CRYSTAL RAINEY, Individually
and on Behalf of All Others Similarly Situated     PLAINTIFF

v.     No. 4:18-cv-267-DPM

MEDPARTNERS, INC.     DEFENDANT

## ORDER

Pointing to the need to arrive early, work through lunch, stay late, and MedPartners's timesheet policy, № 40 at 2–4, № 39 at 9, № 39-3, Rainey says she worked more than forty hours a week as a Nurse Practitioner, but MedPartners didn't pay her enough overtime. Pointing to Rainey's signed timesheets, patient logs, and paid lunch break policy, № 33-1, № 33-2, № 33-3, № 40 at 2–4, MedPartners responds that Rainey never worked overtime. There's no way to resolve the genuinely disputed material facts short of a trial. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250–51 (1986). We'll have one as scheduled on 10 February 2020. MedPartners's motion for summary judgment, № 33, is denied.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2019