# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRYSTAL RAINEY***                                         **PLAINTIFF**

**v.**                      **No. 4:18-cv-267-DPM**

**MEDPARTNERS, INC.**                                  **DEFENDANT**

## ORDER

1. This case is set for a bench trial on 10 February 2020. But the Court must try another case that week, too. It will handle that case first. We'll start the trial in this case at 10:30 a.m. on Thursday, 13 February 2020 in Courtroom 1A. The Court appreciates the pre-trial filings.

2. The parties must submit their final lists of witnesses and exhibits to chambers by the close of business on Wednesday, 5 February 2020. A binder with courtesy copies of exhibits should be submitted to chambers, too. Please use the Court's forms for both exhibit and witness lists. If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

---

* The Court directs the Clerk to update the docket. This is no longer a collective action.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2020