AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

| Crystal Rainey | V. | Med Partners, Inc. | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: 4:18-cv-267-DPM |

| PRESIDING JUDGE<br>D.P. Marshall, Jr. | PLAINTIFF'S ATTORNEY<br>Josh Sanford and Tess Bradford | DEFENDANT'S ATTORNEY<br>Maximillan R. X. Sprinkle |
|---|---|---|
| TRIAL DATE(S)<br>13-14 February 2020 | COURT REPORTER<br>Christa Jacimore | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/13/2020 | | Yes | MedPartners, Inc., Nurse Practitioner Job Duties |
| 2 | | 2/13/2020 | | Yes | MedPartners, Inc., Example Patient Forms |
| 3 | | 2/13/2020 | | Yes | MedPartners, Inc., Patient Forms with Dr. Olumofin signature line |
| 4 | | 2/13/2020 | | Yes | U.S. Department of Labor CA-16 Form |
| 5 | | 2/13/2020 | | Yes | MedPartners Standards of Performance |
| 6 | | 2/13/2020 | | Yes | MedPartners Practice Fusion Schedules |
| 7. | | 2/13/2020 | | Yes | Plaintiff's October 9, 2017 Biweekly Time Sheet |
| 8. | | 2/13/2020 | | Yes | 10/23/2017 Email from Katina Simmons |
| 9. | | 2/13/2020 | | Yes | Plaintiff's Biweekly Time Sheets |
| 10. | | 2/13/2020 | | Yes | Plaintiff's Paystubs |
| 11. | | 2/13/2020 | | Yes | Plaintiff Collaborative Practice Agreement Authorization Letter and Criteria |
| 12. | | | | No | Plaintiff Text Messages with Kossie Simmons - WITHDRAWN |
| 13. | | 2/13/2020 | | Yes | Damages Calculations |
| | | | | | |
| | | | | | PLAINTIFF'S WITNESSES |
| 1 | | 2/13/2020 | | | Cornelius Martin |
| 2 | | 2/13/2020 | | | Joy Fields |
| 3 | | 2/13/2020 | | | Keisha Washington |
| 4 | | 2/13/2020 | | | Katina Simmons |
| 5 | | 2/13/2020 | | | Crystal Rainey |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages