AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

CRYSTAL RAINEY  V.  MEDPARTNERS, INC.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:18-cv-267-DPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D. P. Marshall Jr. | J. Sanford, T. Bradford, J. West | Maximillan Sprinkle |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 13-14 February 2020 | Christa Jacimore | Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 2/13/2020 |  | Yes | Practice Fusion Patient Schedules for Days with No Patients |
|  | B | 2/13/2020 |  | Yes | Practice Fusion Patient Schedules for Days with Patients |
|  | C | 2/13/2020 |  | Yes | Demonstrative Aid Showing Dates When Clients Were Seen/Not Seen |
|  | D | 2/13/2020 |  | No | Demonstrative Aid Showing Dates When Clients Were Seen - Withdrawn |
|  | E | 2/13/2020 |  | Yes | Plaintiff's Paystubs |
|  | F | 2/13/2020 |  | Yes | Plaintiff's Bi-Weekly Timesheets |
|  | G | 2/13/2020 |  | Yes | Declaration of Crystal Rainey - Dkt. 39-1 |
|  | H | 2/13/2020 |  | No | Plaintiff's Complaint - Withdrawn |
|  |  |  |  |  | WITNESSES |
|  | 1 | 2/14/2020 |  |  | Witness - Katina Simmons |
|  | 2 | 2/14/2020 |  |  | Witness - Keisha Washington |
|  | 3 | 2/14/2020 |  |  | Witness - Joy Fields |
|  |  |  |  |  | Witness - Cornelius Martin |
|  |  |  |  |  | Witness - Dr. Olabode Olumofin |
|  |  |  |  |  | Witness - Crystal Rainey (Plaintiff) |
|  |  |  |  |  | Also, any other witness called by the Plaintiff |

include a notation as to the location of any exhibit not held with the case file or not available because of size.