# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRYSTAL RAINEY**                                            **PLAINTIFF**

v.                          No. 4:18-cv-267-DPM

**MEDPARTNERS, INC.**                                         **DEFENDANT**

## JUDGMENT

The Court held a bench trial on February 13–14 in Little Rock. At the end of the evidence, the Court made findings of fact and conclusions of law from the bench. Based on them, the Court enters judgment for Crystal Rainey against MedPartners, Inc., for $2,160 in earned but unpaid overtime, $2,160 in liquidated damages, a reasonable attorney's fee, and costs as allowed by law on timely motion. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d). The Court extends the time for any motion for attorney's fees and costs until 17 March 2020 to allow the parties to confer, and perhaps reach an agreed amount. This Judgment shall bear interest at a rate of 1.48% until paid in full. 28 U.S.C. § 1961(a)–(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2020