IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL RAINEY**                                                                                          **PLAINTIFF**

vs.                                              No. 4:18-cv-267-DPM

**MEDPARTNERS, INC**                                                                                 **DEFENDANT**

**BANK OF AMERICA**                                                                                   **GARNISHEE**

**MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS**

COMES NOW Plaintiff Crystal Rainey, by and through her attorneys Tess Bradford, Joshua West and Josh Sanford of Sanford Law Firm, PLLC, and for her Motion for Entry of Order to Disburse Funds, states and alleges as follows:

1. On 19 February 2020, a Judgment was entered in this Court in the above-captioned matter in favor of Crystal Rainey and against Defendant Medpartners, Inc. "Defendant", in the amount of $4,320.00, plus post-judgment interest until paid. ECF No. 64.

2. As of 31 August 2020, the balance of the judgment plus costs as set out in the Writ of Garnishment is $4,520.00, and the Clerk of the Court issued a Writ of Garnishment which was served upon Bank of America ("Garnishee"). ECF No. 72.

3. On or about 3 September 2020, Garnishee answered the Writ and admitted that Defendant has funds in an account with Garnishee in the amount of $4,520.00. ECF No. 74.

4. Judgment Debtor, Defendant Medpartners, Inc., has not answered or

objected to date.

5.   Plaintiff respectfully requests this Court to enter an Order directing Garnishee to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $4,520.00, and that the same amount be credited against the judgment debt.

WHEREFORE, Plaintiff Crystal Rainey respectfully prays that her Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find her entitled.

Respectfully submitted,

**PLAINTIFF CRYSTAL RAINEY**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Tess Bradford
Ark. Bar No. 2017156
tess@sanfordlawfirm.com

Joshua West
Ark. Bar No. 2012121
west@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com